F I L E   C O P Y

## UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

Office code 2

Case No.: 97 - 20665-rss
Chapter:  7
Judge: Richard S. Schmidt

IN RE : Julie Olson
(aka/dba): Julie Chancellor
Julie O Chancellor
Julie Gambill Olson
Julie K Olson
Julie's Backyard Bistro
Coastal Catering

United States Bankruptcy Court
Southern District of Texas
ENTERED

**JUN 2 4 1997**

Michael N. Milby, Clerk of Court

Debtor *
Social Security No. : 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
Employer Tax I.D. No. : 74-2761062

## FINAL DECREE

The estate of the above named debtor has been fully administered.

_____  The deposit required by the plan has been distributed.

IT IS ORDERED THAT :

   Mike Boudloche                  is discharged as trustee of the estate
   -----------------------------
   of the above-named debtor and the bond is cancelled ;

__X__  The chapter 7 case of the above named debtor is closed ; and

_____  ( other provisions as needed )

06/24/97
_____
      Date

_____
United States Bankruptcy Judge

8

*Set forth all names, including trade names, used by the debtor within the
last six years. (Bankruptcy Rule 1005). For joint debtors set forth both
social security numbers.

ClibPDF - www.fastio.com